UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA SOLE,<br>            Plaintiff(s),<br><br>vs.<br><br>THE CITY OF ATLANTA, et al.,<br>            Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:24-CV-2760-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Plaintiff's complaint on a frivolity review, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed** on frivolity review.

Dated at Atlanta, Georgia, this 3rd day of July, 2024.

                                                              KEVIN P. WEIMER
                                                              CLERK OF COURT

                                                              By: s/ D. McGoldrick
                                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 3, 2024
Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick
      Deputy Clerk